

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00324-CR

The **STATE** of Texas,
Appellant

v.

John D. **DELOACH**,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 130556
Honorable Scott Roberts, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the county court at law's judgment is REVERSED, and judgment is RENDERED reinstating the municipal court's judgment.

SIGNED November 19, 2014.

Sandee Bryan Marion, Justice